IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-cv-00831-BR

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KB HOME, KB HOME RALEIGH-DURHAM, INC. and STOCK BUILDING SUPPLY, LLC,<br>　　　　　　　　Defendants. | **ORDER** |

This matter is before the court on plaintiff's unopposed motion for entry of limited appearance of Catharine Biggs Arrowood. The motion is ALLOWED. Catharine Biggs Arrowood is allowed to appear in this matter for the limited purpose of responding to defendants KB Home and KB Home Raleigh-Durham, Inc.'s motion for contempt and to compel continuing payment of defense fees.

This 2 April 2015.

　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　Senior U.S. District Judge